

ZUCKERMAN SPAEDER LLP

1800 M STREET, NW   SUITE 1000
WASHINGTON, DC  20036-5807
202.778.1800   202.822.8106 fax   www.zuckerman.com

ADAM L. FOTIADES
(202) 778-1893
afotiades@zuckerman.com

August 23 2016

**By ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
  for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: *Witchko v. Schorsch*, No. 16-2607
(Consolidated with Nos. 16-2499 (lead case), 16-2595, and 16-2599)
**Scheduling Request of Defendant-Appellant Lisa McAlister**

Dear Ms. Wolfe:

This firm represents Defendant-Appellant Lisa McAlister in connection with the above-referenced appeal. Ms. McAlister's appeal has been consolidated with *Witchko v. Schorsch*, No. 16-2499 (the "Lead Case").

On July 20, 2016, Plaintiff-Appellee Joanne Witchko filed a Motion to Dismiss for Lack of Appellate Jurisdiction in the Lead Case. That motion is currently pending before this Court. Pursuant to Local Rule 31.2(a)(3), that motion tolls the time for the submission of Defendants-Appellants William Kahane and Edward M. Weil, Jr.'s opening brief in the Lead Case. Given that Ms. McAlister's appeal has been consolidated with the Lead Case, Ms. McAlister respectfully requests that the due date for her brief be set for the same date as the brief in the Lead Case. The date requested in the Lead Case is 91 days from the determination of the pending motion to dismiss. *See Witchko v. Schorsch*, No. 16-2499, ECF Docket No. 66.

Respectfully submitted,

/s/ Adam L. Fotiades
Adam L. Fotiades

cc: Counsel of record via ECF

WASHINGTON, DC        NEW YORK        TAMPA        BALTIMORE